# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00177-CR
## NO. 03-13-00268-CR

**Reynaldo Hernandez, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 331ST JUDICIAL DISTRICT
### NOS. D-1-DC-12-203066 & D-1-DC-12-203067
### HONORABLE DAVID CRAIN, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant has filed a fourth motion for extension of time to file his brief, asking to have the deadline extended to March 3, 2014. We grant the motion but caution counsel that no further extensions will be granted. Appellant's brief is due no later than March 3, 2014.

It is so ordered on February 12, 2014

Before Justices Puryear, Goodwin, and Field

Do Not Publish